United States District Court
Southern District of New York

Jaime A. Diaz O'Neill

v.

New York State et als

Complaint

To the Honorable Court

Appears Mr. Jaime A. Diaz O'Neill in its own right who subscribes and very respectfully exposes, alleges and requests.

1. Mr. Jaime A. Diaz O'Neill arrives in Buffalo City, NY for first time in January of 2012 from the city of San Juan PR where he had pending unfinished legal matters.

2. Mr. Jaime A. Diaz O'Neill enrolled in the National Tractor Trailer school Buffalo NY and after an orientation to obtain his same PR licence but in the United States.

3. That Mr. Jaime A. Diaz ONeill obtained a student loan, studying 4 and half months and graduated with a license he always had but from the state of New York.

4. That Mr. Jaime A. Diaz ONeill started working in the transportation industry for companies over the road 48 states, in his home time Mr. Jaime A. Diaz ONeill was returning to the city of buffalo.

5. Mr. Jaime A. Diaz ONeill had requested an apartment in Marine drive apartments, the list came to his name and Mr. Jaime A. Diaz ONeill accepted the apartment.

6. Everything in the apartment inside was new purchased on credit, with a credit just granted by the banks.

7. Mr. Jaime A. Diaz ONeill got a local job in the city in a Hersheys chocolate plant.

8. Mr. Jaime A. Diaz ONeill bought a vehicle Mazda protege 1997

9. One morning Mr. Jaime A. Diaz ONeill left his apartment and the vehicle was not there.

10. When Consulting the Marine drive apartments security guard he indicated that the administration Vow Called to be taken away.

11. The Car was identified with a tag the apartment Number Mr Jaime A Diaz Onell owed no rent and the Car was registered in dmv and in the parking lot of the building.

12. Mr. Jaime A Diaz Onell claimed in the Marine drive office and got the answer silence.

13. Mr. Jaime A Diaz Onell wrote to Mr. David Rodriguez lawyer of Buffalo Housing Authority to the legal division in claim Reasons and of your vehicle.

14. being the claim process under the attention of Mr. Rodriguez Collaterally initiated an eviction process.

15. The Court indicated on September 4, '14 for the eviction process.

16. Mr. Jaime A Diaz Onell waited for the date to clarify situations to the Court.

17. On September 2, 2004 after arrived from his job the Hersheys plant in Buffalo NY and being in the kitchen area opens the apartment door a group of police with a copy of the key.

18. this group of police Kidnaps me from inside the apartment with the shower on and with the stove on and i naked inside the apartment because i was going to take a bath I had just arrived from work.

19. they took me in Kidnapping to the Holding Center of the erie county where criminal charges were never delivered.

20. this matter had 7 dates in the court, I never received criminal charges, we indicated to the court on multiple occasions and charges were never handed to us the public defender was dismissed

21. after the public defender was fired on multiple occasions in one of the hearings they released me and told me that the charges were dismissed.

22. already at that time irreparable damage was done the po box had expired in the mail I could not attend the eviction hearing even when the judge was informed the personal credit with the bank was damaged.

23. it should be noted that I was tried to assassinate inside the Holding Center erie county in cell 44 when before my claim of charges, they separated me from the population and put me in cell 44.

24. Certainly this planned kidnapping affected legal proceedings and complaints submitted in recent days to planned arrest.

25. Officer Macy manufactured about 8 bogus charges two days before a court hearing.

26. I visit buffalo ny in September 2018 for personal reasons and I get arrested again for the same alleged reasons of 2017

27. this time they went further, kidnapped me and put me in a psychiatric hospital against my will to dismiss the fabricated charges

28. It should be noted that the public interest lawyers were dismissed, the exit letters from the Holding Center were intercepted and never reached their destination.

29. They made charges, they kidnapped me. And then they made a medical record to dismiss the charges, after affecting legal proceedings initiated.

30. Certainly a planned sequel.

For all of which

$200,000,000.00 Millions Dollars are requested under 42 USC 1983, Civil Rights, Constitutional Rights in Damages

Respectfully Submitted

James Diaz O'Neill
PO box 648 Times Square Station
New York NY 10108
787-447-2424
JamesDiazOneill@ymail.com
Today September 13, 19