United States District Court
Western District of New York

Jaime A. Diaz O'Neill

V.                                    19-CV-1336

- Byron Brown in their individual capacities
- David Rodriguez in their individual capacities
- xyz Manager office Marine drive apartments in their individual capacities
- Police officer xyz Ross Buffalo police
- Police officer William Macy Buffalo police
- Police officer xyz Buffalo police
- Deputies x,y,z erie county Holding center
- Psychologist xyz forensic department erie county Holding center in their individual capacities
- psychiatrist xyz forensic department erie county Holding center in their individual capacities
- Public defender xyz in their individual Capacities
- Police officer xyz Buffalo police 15 sept 18
- psychologist xyz Buffalo psychiatric center in their individual capacities
- psychiatrist xyz Buffalo psychiatric center in their individual capacities

the Honorable District Court of Southern district of New York
Has jurisdiction to understand in cases under 42 USC 1983
constitucional rights Has jurisdiction to understand in

Cases involving Federal question and in original jurisdiction.

This case is presented in the Western New York Federal Court because this is the court with jurisdiction.

The Nature of the case is 42 USC 1983, Constitutional Rights, Damages, personal property, others.

Plaintiff

Jaime A. Diaz Oneill
Po box 190124
Miami beach Fl. 33119
787-447-2424
Jaimea diaz Oneill @ymail.com

Defendants

Byron brown
65 Niagara Square
Buffalo NY 14202
716-851-4890

David Rodriguez
300 perry st.
Buffalo NY 14204
716.855.6711

X y z Manager office Marine drive apartment
305 Marine drive
Buffalo NY 14302
716.856.5871

Police officer X y z Ross    Buffalo police
68 Court street
Buffalo NY 14302
716.851.4444

Police officer william Macy   Buffalo police
68 Court street
Buffalo NY 14302
716.851.4444

Police officers x y z      Buffalo police
68 Court street
Buffalo NY 14302
716.851.4444

Deputies x y z  erie County Holding center
10 delaware ave.
Buffalo NY 14302
716.858.7618

psychologist xyz forensic department erie county
Holding center
10 delaware ave.
Buffalo NY 14202
716.858.7618


psychiatrist xyz forensic department erie county
Holding center
10 delaware ave.
Buffalo N.J. 14202


public defender xyz
290 Main street suite 300
Buffalo NY 14202
716.853.9555


police officer xyz    Buffalo police
68 Court street
Buffalo NY 14202
716.851.4444


psychologist xyz Buffalo psychiatric center
400 forest ave.
Buffalo NY 14213
716.885.2261

Psychiatrist XYZ    Buffalo psychiatric center
400 forest ave
Buffalo NY 14213
716.885.2261

Previous lawsuits

14-cv-533 (S)    western district of New York
July 1, 2014         Dismissed

14-cv-570 (A)    Western district of new York
July 15, 2014       Dismissed

14-cv-681 (S)    Western district of New York
August 1, 2014      Dismissed

August 27, 2014   office of Attorney general Buffalo NY

## Amended Complaint

1. That on September 1, 1993 Mr. James A. Diaz ONeill begins to work for the Puerto Rico Aqueduct and Sewer Authority in the position of operational System worker.

2. That on January 23, 2003 Mr. James A. Diaz ONeill is appointed to the position of clerk Telephone Center 1 in the Puerto Rico Aqueduct and Sewer Authority.

3. That reaches those roles and duties after Having Held 8 previous union positions without any indication as a public employee in Said government Corporation with a clean record in Human resources personnel file.

4. That the first day of work in that New area or department began the problems for Mr. James A. Diaz ONeill Has been assigned a work schedule that does Not exist in the government of Puerto Rico or any of its agencies and / or public Corporations.

5. That the working Hours from Wednesday to Sunday from 8:00 AM to 4:30 PM did Not exist in the place Nor among the 45 representatives who work there, None of the representatives who work there Had a background of experience for the attention to the public in functions and

duties of others positions like Mr. (Jaime A. Diaz ONeill

6. That Mr. (Jaime A. Diaz ONeill objected to the transaction of personnel in his working hours as he was not existing in the area and was the only employee in the government of puerto Rico and its public corporations in Haodsie Circumstances.

7. That the Corresponding Complaint was submitted to the attention of the Corresponding forum to be seen in its day.

8. That on february 19, 2004 Mrs. Rosa Moldonado Supervisor of the Telephone center at or around 2:00 pm in the afternoon using a list set up in the work area by an Nguity to distribute overtime Comes to my desk to tell me that the list came to my Name and offers me an appointment schedule from 10:00 PM to 6:00 AM, my work shift on february 19, 2004 ended at 4:30 PM on that day.

9. That Mr. (Jaime A. Diaz ONeill was unable to fulfill the overtime offer due to unforeseen personal Matters.

10. That her regular work shift ended at 4:30 PM.

11. That Mr. James A. Diaz, Oneill Calls the Telephone Center to inform Mr. Luis R. Cabrera or his Supervisor there then that he could not comply with the overtime that Supervisor rosa Moldonado that offer me in the afternoon and the Conversation ended.

12. That on February 19, 2004 Mr. Luis R. Cabrera or his Supervisor of the Telephone Center irresponsibly abandoned Customer Service to the people of Puerto Rico by punching out his attendance Card at 11:06 PM When he did Not fill them out Manually.

13. That Mr. Luis R. Cabrera or his Had personal Knowledge that Mr. James A. Diaz Oneill Had Called and Had declined the overtime after Since 6:00 PM on February 19, 2004 to indicate this.

14. That on February 19, 2004 Mr. Luis R. Cabrera Was Working on the Shift attached to 4 More Representative in the Telephone Center.

15. That at 11:00 PM on February 19, 2004 all those Who Were there struck out their exit Card and left the Telephone Center.

16. That Mr. luis r. Cabrera ortiz does not offer revenue to the representatives who were attached to him, the does not use the list established for that purpose that the supervisor rosa Moldonodo had used in the afternoon to call the representative who was according to the list.

17. That he could not leave the telephone center and the service to the people of puerto rico because he was the immediate supervisor there in the corporation and ultimately he had to stay there to make the shift from 10:00 PM to 6:00 AM if couldn't get a representative.

18. That Mr. luis r. Cabrera ortiz writes to the others supervisors included Rosa Moldonodo, and among all of them write to the Human resources Deparment, without any kind of verbal or written warning and without copying Mr. Diaz Onell the reason for the writings between them and that they spoke of me.

19. That as a consequence of the exparte briefs addressed to the Human resources area and that they spoke of Mr. Jaime A. Diaz Onell behind him, Mr. Diaz Onell is summarily dismissed from the public corporation,

Thus losing His Job without due process of law in relation To an overtime and a place where Jaime A. Diaz Oneill was Never present.

20. That Mr. Jaime A. Diaz Oneill attends to the labor relation board of puerto Rico and there He files a Complaint for illegal work practice against The puerto Rico Aqueduct And Sewer Authority and The Authentic independent UNION.

21. That Mr. Jaime A. Diaz Oneill filed a complaint in His own right in The Complaints Committee established in accordance with The Collective labor agreement, His role of law, among Others assigning The Complaint Number 04-1037, assigning The Complaint Number 04-1671.

22. That Mr. Jaime A. Diaz Oneill goes to The Supreme Court of puerto Rico and there He Submits an ethical Complaint With The Number assigned AB-2004-212 against lawyers emmlind Garcia Garcia y Belkin Nieves gonzalez Director of Human Resources and Director of labor relations for Their direct participation in a process of impeachment ex-parte where never There Was verbal or whitten Warning and where The writings That spoke of Him were Never Copied To Jaime A. Diaz Oneill.

23. That the forum to resolve employer labor disputes in accordance with the collective agreement called the Complaints Committee attended by former retired judges of the judicial branch of Puerto Rico is dismantled by the government of Puerto Rico.

24. That this ocurrs after coming to public light and in the press of Puerto Rico the theft of millionaire money under the labor cases that were solved there.

25. That in particular this ocurrs after accusations that located the executive director of the Corporation Juan Agosto Alicea, the judge who served said Committe abner limardo and the president of the union Hector Rivera lugo and his lawyer Vicente Niiz Colon in the theft of 4 million dollars from the public Corporation for that concept and among others.

26. That the summary dismissal of Jaime L. Diaz Oneill due to the provision of a collective agreement should be seen in said Complaints Committee within a period of 45 days counted and by order of priority on the matter that was the summary dismissal by its nature.

27. That in such circumstances the forum with primary and exclusive jurisdiction was the puerto Rico labor relations board.

28. That the filing for unlawful practice against the puerto Rico aqueduct and sewer authority and the authentic independent union was on September 28, 2005 a case in fact adjudicated by the clause of the 45 days in which the action of summary dismissal before the complaints committee dismantled by the government itself.

29. That on November 29, 2005 the Husband of emmalind Garcia Garcia Director of Human resources of the puerto Rico Aqueduct and Sewer authority Guillermo Figuroa prieto Sent a letter To my father at His physical address.

30. That 3 days after the letter was sent, on December 2, 2005 My father was assassinated in Bayamon, puerto Rico allegedly according to a false report prepared by the puerto Rico police and the puerto Rico Justice department.

31. That the labor relation board of puerto Rico Took 6 years To resolve what it should Have resolved in 6 months by law provision.

32. That when the puerto Rico labor relation Board resolved on June 14, 2010 it resolved by depriving and excluding mr. Jaime A Diaz Oneill from The legal proceeding of which He was The plaintiff Not allowing Him To participate in Public Hearings or in any proceedings pursuant To law in a Kidnapping of His own Summary Dismissal Case.

33. That the Corporation publishes after receiving from the puerto Rico labor relation board what it resolved by excluding mr. Diaz Oneill from His own Case there and within Thirty days To Cause More damage To mr. Jaime A Diaz Oneill goes To court of appeals of puerto Rico in administrative review in a docision Favorable To Jaime A. Diaz Oneill.

34. That when Public Corporation goes on administrative review To The appeals Court of puerto Rico it does so in a Case where mr. Jaime A Diaz Oneill Had been excluded from participation in His own Case of Summary dismissal even Though in His Favor, and Failure To return Him To His position

Caused Mr. Jaime A. Diaz Oneill to lose His own Home, IN the Middle of Christmas it was December 21, 2011 when a Sheriff of the Court of Carolina, PR. came to knock on my door to tell me That my own House with only a few years left to pay off the Mortgage to the bank it Had been Sold at Public auction.

35. That I Had 7 days to vacate the property because its New owner wanted to use and enjoy His New property, That THis Happens on December 21, 2011 leaving Homeless in Puerto Rico.

36. That Mr. Jaime A. Diaz Oneill arrives in Buffalo city NY For First time IN January 11, of 2012 from the city of San Juan PR, where He Had pending unfinished legal Matters, to the residence of relatives.

37. That Mr. Jaime A. Diaz Oneill enrolled in the National Tractor Trailer School, buffalo NY and after an orientation to obtain His Same licence of PR but IN the United States

38. That Mr. Jaime A. Diaz Oneill obtained a student loan studying 4 and Half Months and graduated with a licence class A He always Had but from state of New York.

39. That Mr. Jaime A Diaz Oneill started working in the transportation industry over the road 48 states, in his Home time Mr. Jaime A Diaz Oneill was returning to the City of Buffalo, NY

40. That Mr. Jaime A. Diaz Oneill Had an incident at the National Tractor Trailer School, Buffalo NY immediately that started there and just arrived in the city of Buffalo, NY and without knowing anyone in that city.

41. That one Morning that as usual a bus arrived at the facilities to sell food to the students there Mr. Diaz Oneill asked for a hot chocolate from a woman who was driven the bus from that street food business and when Mr. Diaz Oneill drank it felt drugged as if something Had been added to the chocolate powder, Mr. Jaime Diaz Oneill retired that day from school to the place where he was staying feeling drugged.

42. That another incident ocurrs once Mr. Diaz Oneill graduated with the change of licence cdl class A to New York state the employee who gave theorical classes there Mr. Don wanted to push Him to work with a specific company in the transportation industry He wanted forcing Him

To work with Swift, He intended to control the life and decisions of Mr. Diaz ONeill a person whom he had just met, wanted to control the decisions of Mr. Diaz ONeill an adult with his own criteria it should be noted that in the incident of hot chocolate He was present and near the dispatch of food and drink.

43. That Mr. Jaime A. Diaz ONeill Made His own Decision to apply for Job with US express inc. with Headquarters in Chattanooga, TN who I work with for 6 Months running over the road before taking a break.

44. That after the break Mr. Jaime A. Diaz ONeill request a Job with USA Truck inc. with Headquarters in Van Buren, AR.

45. That Jaime A. Diaz ONeill begins to work with USA Truck inc. The dispatcher sends Him an assignment to pick up a trailer in Pennsylvania and deliver to the state of Texas at the Campbell Soup Company. Jaime pick up Thursday and started the route to Texas arriving at Tennessee on Saturday NOON the rest. Dennys as located in the Flying U. Travel plaza I-40 Fairview exit 182.

46. That Diaz Oneill enters dennys Restaurant and asks to eat a Meat with Mashed potatoes and strawberry shake.

47. That after eating and paying Diaz Oneill retires to the tractor to continue to Texas

48. That as soon as I entered the tractor I was unconscious lying on the tractor floor that I woke up about six Hours after entering the tractor trembling and Nervous with extremely red eyes.

50. That Mr. Diaz Oneill started the tractor to complete His trip He arrives in texas and released the trailer in the facilities of the Campbell Soup Company. He did Not pick up an empty trailer and returned without a trailer to the Dennys Restaurant in the state of tennessee.

51. That arriving there monday to attend to the situation on the saturday when He Was drugged in food and drink, there He asked to speak to the Manager and called the police when the police arrived, He Was arrested and admitted to Jail When trying to file a complaint against

Dennys Restaurant and Flying U, When He entered the jail. give it to Him a inmate T shirt with the letter 'M' in the pocket of the shirt referencing the first letter of his fathers Name 'Marcial'.

52. That the granddaughter of Mr. Diaz Oneill friend where He lived in buffalo, NY pay the bail in the state of Tennessee, that case has not be attended.

53. That USA truck inc. Sent Someone who opened the tractor and took it with all my belongings inside.

54. That Mr. Diaz Oneill returned from the state of Tennessee To Buffalo ny on the Grey Hound bus, I Had a week Working with USA truck inc. When this Happened.

55. That Diaz Oneill started Having incidents and stalking problems with Buffalo police in a place Where He Had Never lived and practically Never been.

56. That James Diaz Oneill Had requested an apartment in Marine drive apartments the list Came To His Name and Mr. James A. Diaz Oneill accepted the apartment.

57. That everything in the apartment inside was new purchased on credit with a credit just granted by the banks.

58. That before the non-normal environment around Jaime A. Diaz Oneill he goes to the united states District court, western District of New york on July 1, 2014 and there He Submits the Complaint 14-CV-533 (s) Jaime A. Diaz Oneill V. Authority of Aqueducts and Sewerage of puerto Rico.

59. That there He Submits in July 15, 2014 the Complaint 14-CV-570(A) Jaime A. Diaz Oneill V. City of Buffalo, city of Buffalo police department, police officers A, 2, 4.

60. That there He Submits in August 1, 2014 the Complaint 14-CV-621(s) Jaime A. Diaz Oneill V. Dennys corporate, Ditot Travel Center llc, National tractor trailer school.

61. That on August 27, 2014 files a Complaint at the office of attorney general Buffalo regional office 350 Main street suite 300 A Buffalo NY 14202 under Jaime A. Diaz Oneill V. Buffalo Municipal Housing Authority.

62. That on August 27, 2014 files a complaint at the office of attorney general Buffalo regional office 350 Main Street Suite 300 A Buffalo NY 14202 under Jaime A. Diaz Oneill V. Byron Brown, Buffalo police department, National Nacha Nailen School, Pilot Travel Center, Dennys Restaurant.

63. That on August 27, 2014 files a complaint at the office of attorney general Buffalo regional office 350 Main Street Suite 300 A Buffalo NY 14202 under Jaime A. Diaz Oneill V. Buffalo city court.

64. That Mr. Jaime A. Diaz Oneill got a local job in the city in a Hersheys chocolate plant.

65. That Mr. Jaime A. Diaz Oneill bought a vehicle Mazda protoge 1997.

66. That the brief that is filed on August 27, 14 at the attorney general office etc. Schneider now in Buffalo NY under Jaime A. Diaz Oneill V. Buffalo Municipal Housing Authority states that there were some pending cases in Federal Court

67. That which in a short time residing there the administration of the place put at the disposal of third parties the keys to the property to enter the apartment when I was not on the property inside, which was stolen for example among other things a pen drive usb that contained each and everyone of the sites related to legal cases of San Juan PR

68. That there was movement of objects inside the apartment.

69. That they searched inside the apartment.

70. That the actions demonstrated impunity.

71. That we imputed in writing the direct participation of Mr. byron brown, who had a direct and personal involvement, that Mr. byron brown in said actions was the one who direct the corruption operation and said scheme.

72. That on July 10, 2014 a brief was filed in the office of Mr. byron brown in person with delivery on hand and that same day my vehicle is stolen and disappears from the parking lot of Marine drive apartments

73. That on July 11, 2014 the car was not in the parking lot of Morine drive apartments.

74. That on July 11, 2014 when consulting the Morine drive apartments security guard the indicated that the administration called to be taken away.

75. That the car was identified with a tag, the apartment number Mr. Jaime A. Diaz Oneill owed no rent and the car was registered in dmv. and in the parking lot of the building.

76. That Mr. Jaime A. Diaz Oneill claimed in the Morine drive office and got the answer sitence.

77. That the brief that is filed on August 27, 14 at the attorney general office eric T. schneiderman in Buffalo ny under Jaime A. Diaz Oneill v. Byron Brown, Police of Buffalo, National Tractor Trailer school, pilot travel center llc, Dennys Restaurant. States that There were some pending cases in federal court.

78. That Mr. Jaime A. Diaz Oneill has a short time residing in buffalo ny.

79. That arrives in Buffalo NY from San Juan PR where he has innumerable Cases pending in different forums, pending Cases in the court of San Juan PR.

80. That when arriving in the united states He has been tried to assassinate in several instances.

81. That He understand that these assassination attempts Come from San Juan, PR, and that they Have established Contacts in the united states and inside the City of Buffalo NY with political, lawyers, and judges and or any other person available to said actions.

82. That did not rule out senators and or represe ntatives of the united states for Having Carried out proceedings in Washington dc. Personally there.

83. That did not rule out the participation of any union in the united states in relation to said actions.

84. That on november 29, 2005 they sent a letter to His father Marcial Diaz Jimenez and on the third day they allegedly Murder in Boyamon Puerto Rico.

85. That the brief that is filed on August 27, 14 at the attorney general office eric T Schneider Mon In Buffalo NY under James A. Diaz Oneill V. Buffalo city court states that there were some pending cases in Federal court.

85. That establishes an incident where we visited Buffalo city court on August 26, 14 to submit briefs to the clerk and two clerks of the clerk refused to receive, strike out, and file the brief.

86. That the next day we visited the court again to sue administratively against the two employees and that we were incredible pushed, beaten by lobby guards preventing the filings N administrative charges against the two employees of the Secretary who refused to receive, strike out, and process the writings to the court.

87. That the lobby guard who carried out the aggression approches me and tells me in a low voice that they are going to destroy me.

88. That Mr. James A. Diaz Oneill wrote to Mr. David Rodriguez lawyer of Buffalo Housing Authority to the legal division in claim reasons and of

Your Vehicle.

89. That Being the claim process under the atten Non of Mr. David Rodriguez Collaterally Initiated an evicNon process Buffalo MUNICIPAl Housing Authority and the administaTive office of MariNe drive aparTments.

90. That the Court indicated on SepTember 4, 2014 For the evicNon process.

91. That Mr. Jaime A Diaz ONeill WaiTed for the date To clarify SiTuaTions To the Court.

92. That on September 2, 2014 WHen He lefT His job Mr. Jaime A Diaz ONeill received a pHone Call from the lawyer Rafael A. Nadal arcelay from Cancio, Nadal, Rivera, Diaz a law office iN San Juan PR, That, illegally represented the puerto Rico Aqueduct and Sewer AuTHority THreaTeNiNg HiM and saying THey Were going To fuck Me.

93. That after that Call received and on the Way To His aparTmeNT on SepTember 2, 2014 Mr. Jaime A Diaz ONeill enters To the State attorney's office etc T. SCHNeiderNON iN BuffoloNy

Office 350 Main street Suite 300A Buffalo NY
14202 To verify ythe status of ythe complaints
and clarify and verify ythe document ythat was
Submitted because it Had ythe address of
120 broadway 3 floor New york NY 10271-0332
212.416.8300 Fax 212.416.8787

94. ythat I was told ythat ythe parties Had
been Notified and were being processed.

95. On September 2, 2014 after arrived from
ythe office of ythe state attorney eric t.
Schneiderman in Buffalo NY. Office 350
Main street Suite 300 A, Buffalo NY 14202
and being in ythe Kitchen area opens ythe
apartment door a group of police with a
Copy of ythe Key.

96. ythis group of police kidnaps me from
inside ythe apartment with ythe shower
on and with ythe stove on and I Naked
inside ythe apartment because I was going
To Take a bath I Had Just arrived from
ythe office of ythe state attorney eric t
Schneiderman in Main st. Suite 300 A Buffalo NY
14202 and from my Job ythe Hersheys plant
in eastside Buffalo NY.

97. That this kidnapping was directed by a
police supervisor he May be a sergeant,
lieutenant, captain, colonel, commissioner
and directed the kidnapping operation
where He was attached to the police
officers His Name is X, Y, Z and His last
Name was Ross Had a white shirt and
spitting at the attacked group as a good
Job.

98. That this supervisor, sergeant, lieutenant,
captain, colonel, or commissionner who Had
a white shirt Named X, Y, Z and His last name
Ross Had personal involvement, participated
and led the kidnapping ordered by byron
brown in abuse of authority who also Had
an active participation and direct supervision
an direction of said kidnapping operation
one that occurred through stalking, and
against whom there were complaints in
the state attorney's office submitted and
in federal court, Had personal involvement.

99. That the supervisor ross who directed
and participated in the stalking and kidnapping
Made Him attached to the police William
Macy who is the police that Manufactures

and submits 8 serious charges or felonies to
the court and that they were never notified
to Mr. Jaime A. Diaz ONeill

100. That the police William Macey Had a direct
participation and personal involvement in the
stalking and kidnapping, and in Manufacture
8 felonies.

101. That X,V,Z police officers whose name is
unknown at this time also participated
in the stalking and kidnapping of Mr. Jaime A.
Diaz ONeill, on September 3, 2004 under direct
supervision of X,V,Z Boss also Had a
personal involvement in the Manufactured of
8 felonies Never notified to Mr. Jaime A.
Diaz ONeill.

102. That Mr. David rodriguez attorney for
Buffalo Municipal Housing authority and who
Had before His consideration a claim from
Mr. Diaz ONeill and who collaterally initiated
an eviction process was the person who
attached to the director of the office of
Motive drive apartments delivered and put
and provide the copy of the apartment
key to complete the stalking and

Kidnapping operation by the police.

103. That the director of the administrative office of Marine drive apartment Named xyz on September 2, 2014 Had a personal and direct involvement and Direct participation in Handing over the Key of the apartment To Complete the stalking and kidnapping operation the person who ordered the robbery or disappearance, of the Car without prior Notification of reasons to Mr. Diaz ONeill on July 10, 2014 was also aware that a Complaint Had been filed against Buffalo Municipal Housing Authority in the State Attorney office in Buffalo Ny.

104. That David Rodriguez and the director of Marine drive apartment xyz from whom His Name is unknown on September 2, 2014 participated directly by Handing over the Keys of the apartment To the police To Complete the stalking and Kidnapping under the Supervision of xyz Ross.

105. That byron brown Had personal Knowledge of the Complaints that Had been Submitted To the state attorney's office and ordered and participated, supervised the stalking

and Kidnapping operation of the police of
Buffalo on September 2, 2014 under the
Supervisor Ross, with personal involvement.

106. That Mr. James Diaz ONeill after the
Kidnapping is taken to the erie county
Holding Center.

107. That the criminal Charges were Never
Handed down to Him.

108. That This Kidnapping Have 7 dates in the
Court.

109. That from the first date on the Court the
public defender was dismissed and that
in the Subsequent dates the Same person
Continued to appear on My behalf for the
record without any Authorization.

110. That the Same situation was reported on
Six different dates where Mr. James Diaz ONeill
asked the Court, the judge to deliver
the Charges, the Charges were Never Handed
to Me, Nor requesting it to the judge
for the record,

111. Y that Y the arrest Had certainly become a
Kidnapping of my life a kidnapping of my
person between Y the judge, a public defender,
who was not my lawyer and a state attorney.

112. Y that at each date in Y the court, asked myself
what kind of judge is this Y that asking for
Y the charges does not order Y that Y they be
Handed To Me.

113. Y that certainly a kidnapping of my life
by 3 persons judge, Public defender, District attorney.

114. Y that I bought envelopes, carbon paper, pens
in Y the Holding center store To appeal Y the
actions of Y this individual who was Y there
as a judge, and a person its not my lawyer.

115. Y that Y these brief Never left Y the Holding
Center.

116. Y that my communication was intercepted.

117. Y that after Y the 5 date in Y the court requesting
Y the charges when I return from Y the court
to Y the Holding center I am separated from Y the
group of prisoners and put me in Y the

cell 44 WHere three Correctional guards or deputies tried to kill me WHile I am Handcuffed in Hands and legs, Deputies X, Y, Z.

118. That after that attempted of Murder insident a psychologist and psychiatrist fabricate a Medical Record in the area of forensic.

119. That grievance Complaints Were filed.

120. That we do not Know at this time the names of the three deputies WHo carried out the Assassination attemp, we will identify them as deputies X Y Z.

121. That on the 6 date in Court this public defender WHo is not My lawyer approches me in a room without a public only, Him, me and the judge and tells me that they are going to let me free that the cases Were dismissed Charges I Never see.

122. That Neither the judge, Nor the district attorney, Nor the public Defender fired, Nor the police ever Handed me the Charges against me.

123. That at that time I had 3 deputies from the Holding center with names X Y Z and who tried to assassinate me in cell 44 after the 5 date in court.

124. That this Deputies with names X, Y, Z had a personal and direct involvement and connection with the stalking and kidnapping and the manufacture of 8 felonies directed by byron brown and Supervisor Ross.

125. That immediately after this assassination attempt for request the charges the psycologist and psyciatrics from the Holding conter with names xyz Manufacture a Medical file Having a participation and personal and direct involvement and connection with the stalking and kidnapping, the forensic area with Connection in Relation with 8 felonies Manufacture Directed by byron brown and Supervisor Ross.

126. That once mr. Jaime A Diaz Oneill was free He was Homeless a situation that Has not changed Today as a result of these acts.

127. That He Had lost His job

128. That He Had lost His private po box Mail.

129. That He Had lost everything Inside The apartment was Is New purchased on Credit with a credit just granted by The banks

130. That couldn't pay The student loan.

131. That in That circumstances of The attempted Murder and dismissal of Charges That were Never brought To Him and Homeless That some week mr. Diaz oNell leaves The City of Buffalo To New York City.

132. That There in The city of New York The stalking Continued.

133. That when He could under The Conditions That He arrived Homeless He worked For a short time in The TransportaNow industry

134. That There in New york City The police destroyed His cdl class A licence with Tickets and under stalking.

135. That stalking and kidnapping affected due process of law and all cases before the consideration of the courts that at that time were subject, included the cases in the western district court of New York, included cases in san juan, PR.

136. That as a consequence of the attempted murder, stalking and kidnapping everything pending before the courts was dismissed.

137. That Jaime A. Diaz [Odell] returns to san juan Puerto Rico in 2017 and files two lawsuits in the federal court, stay a short time and returns to the united states in specific to state of florida.

138. That in the direction of New York city he is arrested by the police in the state of georgia, that is arrested in New York and once he arrived in buffalo ny he is arrested again on September 15, 2018 under the same charges of 2014 and that they never gave me.

139. That the arrest of georgia was collateral with the summons of the cases in Puerto Rico

The arrest of New York was collateral with
the reply to the Summons in Puerto Rico the
arrest again in buffalo was collateral with
the dismissal of a case in relation to one
of the cases in Puerto Rico a whole stalking,
cordination and Kidnapping.

140. That on September 15, 2018 Diaz Oneill is
arrested again in buffalo ny on the same
charges from 2014.

141. That was arrested and admitted to the Holding
Center in the forensic area and that the
facts was repeated again, the public defender
with name xyz was fired and the psycholo
gist and psychiatrist xyz manufacture a
New Medical Record

142. That xyz psychologist and xyz psyatiatris
Had direct involvement and personal involvement
in the stalking and Kidnapping of the
Buffalo police and fabricate a Medical record
for second time.

143. That one Morning they Moved Mr. Jaime A.
Diaz Oneill from the forensic area of the
Holding center in Buffalo ny and transfe

rred Him To Ythe psychiatric Hospital of Ythe
State of New york in buffalo NY Ythere was
received by psychologist xyz and psychiatris
xyz He was kidnapped in an area of Ythe
building and Ythey wanted To force Him To Take
Medicanows, To WHICH Mr. James A Diaz ONeill
refused.

144. Ythat psychologist xyz and psychiatrist
xyz from New york state psychiatrist Hospital
Had direct involvement and personal involvement
and participated in connection with Ythe stalking
and kidnapping orchestrated and led by
byron brown and Supervisor Ross.

145. That Ythese psychologist xyz and Ythe
Psychiatrist xyz tried To drug Mr. DiazONeill
without His consent

146. Ythat while Ythere in This Hospital in Ythe
state of New York Mr. William young federal
judge in one of Ythe Cases Submitted in
Puerto Rico dismisses Ythe Case.

147. Ythat after a certain Time Ythere with I was
kidnapped with Ythese xyz psychologist
and psychiatrist Trying To get Me To

Take Medicines and I refused I was released

148. That these xyz psychologist and xyz psychiatrist of the state Had direct participation and personal involvement, Made a Medical record and were in direct Connection with doctors of the forensic Holding center and in direct Connection with the stalking and kidnapping Ndered and organized by byron brown and the Supervisor Ross I Was Never charged and I Was Never guilty of any thing.

149. That the Making of the charges after stalking and Kidnapping they dismissed it themselves.

150. That the xyz Police officers who Made the arrest on September 15, 2018 participated and Had a personal involvement in Connection with the stalking and Kidnapping led by byron brown and Supervisor Ross in 2014.

151. That what Mr. Jaime A Diaz ONeill Has experienced in the City of Buffalo NY and erie County Stalking, Kidnapping, Manufacturing of charges is Use and Custom. As of December 30, 2017 according to the Buffalo News 24 persons died or Have been killed after being incarcerated in the Holding Center of erie County, IN all this cosos according to the press and Buffalo News psychologist and psychiatrist were involved.

152. That the attempted Murder of Jaime A. Diaz ONeill Was Not an isolated case inside the erie County Holding Center, See the case indie Cummings and others.

Note: I dont want a jury trial

I declare under penalty of perjury that the foregoing is true and Correct.

Jaime A Diaz (Ne)

11 of May of 2020

For all of which

The Honorable Court is Requested To issue a
Judgement granting Mr. Jaime A. Diaz ONeill
$200.000.000.00 Millions dollars in, Moral damages,
Punitive damages, property or Material damages, emergent
damage, loss of profit damages, any other damage that
apply in accordance with the facts.

Prospectfully Submitted,

Today 11 of May of 2020

Jaime A Diaz ONeill

Po box 190124
Miami beach Fl. 33119

787-447-2424

Jaimeadiazoneill@ymail.com



R2305E124146-10

CV-1336

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® ship
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**FROM:**

Jaime A. Diaz O'Neill
Po box 190124
Miami Beach, Fl 33119

USDC - WDNY
MAY 18 2020
BUFFALO

**TO:**

Clerks Office / case 19-CV-1336
United States District Court
2 Niagara Square
Buffalo NY 14202

le free
Pickup,
R code.

PICKUP

the maximum weight is 4 lbs.



**UNITED STATES POSTAL SERVICE**®

*19 ⅃*

# PRIORITY®
# MAIL

EXPECTED DELIVERY DAY: 05/15/20

USPS TRACKING® NUMBER



9505 5152 3142 0132 4175 05

- ▪ Date of delivery specified*
- ▪ USPS TRACKING™ included to many major international destinations.
- ▪ Limited international insurance.
- ▪ Pick up available.*
- ▪ Order supplies online.*
- ▪ When used internationally, a customs declaration label may be required.

  *\* Domestic only*

To sched
Package
scan the



USPS.COM



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

This envelope is made from post-consumer waste. Please recycle – again.



\* Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipmen