

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# A

# City Court of Buffalo – Department of Police
## Central Booking Bureau

MISDEMEANOR/VIOLATION INFORMATION

State of New York, County of Erie, City Court of Buffalo

**THE PEOPLE OF THE STATE OF NEW YORK**

| | DEFENDANT(S) | DOB | CASE NO. |
|---|---|---|---|
| VS | JAIME O DIAZ | ▅▅/69 | 14-05951-98 |
| VS | ___ | ___ | ___ |
| VS | ___ | ___ | ___ |
| VS | ___ | ___ | ___ |

I, <u>PO WILLIAM MACY</u> accuse the above named defendant(s) in this action, that on or about <u>09/02/14 @ 1735HRS</u> in the City of Buffalo, did intentionally, knowingly and unlawfully commit the misdemeanor/violation of <u>HARASSMENT IN THE SECOND DEGREE</u> Contrary to the provision of <u>240.26-1,3 (2CTS)</u> of the [X] Penal Law [_] Vehicle and Traffic Law [_] ___ Law of the State of New York [_] Ordinances of the City of Buffalo.

The facts upon which this accusation is based are [ ] of my own knowledge [X] on information and belief.

240.26-1,3(2CTS) - HARASSMENT IN THE SECOND DEGREE
IN THAT THE DEFENDANT, JAIME DIAZ, WHILE AT 7 MARINE DRIVE, WITH INTENT TO HARASS, ANNOY, AND ALARM, DID STRIKE, SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT OR ATTEMPTS OR THREATENS TO DO THE SAME OR ENGAGES IN A COURSE OF CONDUCT OR REPEATEDLY COMMITS ACTS WHICH ALARM OR SERIOUSLY ANNOYS SUCH PERSON AND SUCH SERVE NO LEGITIMATE PURPOSE, IN THAT THE DEFENDANT DID ON SEVERAL DIFFERENT DATES DID ALARM RESIDENTS OF THE MARINE DRIVE APARTMENTS BY ACTING ERRATICALLY. THE DEFENDANT DID BREAK CHAIRS, SMEAR KETCHUP IN THE ELEVATORS, PLACE THUMB TACKS ON THE FLOOR, PULL DOWN HIS PANTS AND EXPOSE HIMSELF, AND THREATEN SEVERAL RESIDENTS. DEFENDANT DID PUSH A 78 YR OLD RESIDENT AND BREAK SEVERAL GARDEN POTS. DEFENDANT HAS THREATENED RESIDENTS AND HAS STATED HE WAS GOING TO "GET THEM ALL." ON THE ABOVE DATE AND TIME OFFICERS RESPONDING TO INVESTIGATE NUMEROUS COMPLAINANTS REGARDING THE DEFENDANT THE DEFENDANT DID ANSWER THE DOOR NAKED WITH A FORK IN HIS HAND. DEFENDANT DID REFUSE TO OBEY OFFICERS ORDERS TO PUT PANTS ON DEFENDANT DID BECOME IRATE AND BEGIN MAKING STABBING MOTIONS WITH THE FORK TOWARDS OFFICERS. ABOVE STATED ACTIONS BY THE DEFENDANT DID HARASS, ANNOY AND ALARM RESIDENTS AND SERVES NO LEGITIMATE PURPOSE.

240.45 -1 - CRIMINAL NUISANCE IN THE SECOND DEGREE
IN THAT THE DEFENDANT, WHILE AT 7 MARINE DRIVE, BY CONDUCT EITHER UNLAWFUL IN ITSELF OR UNREASONABLE UNDER ALL THE CIRCUMSTANCES, HE KNOWINGLY OR RECKLESSLY CREATES OR MAINTAINS A CONDITION WHICH ENDANGERS THE SAFETY OR HEALTH OF A CONSIDERABLE NUMBER OF PERSONS. IN THAT THE DEFENDANT DID ON SEVERAL DIFFERENT DATES DID ALARM RESIDENTS OF THE MARINE DRIVE APARTMENTS BY ACTING ERRATICALLY. THE DEFENDANT DID BREAK CHAIRS, SMEAR KETCHUP IN THE ELEVATORS, PLACE THUMB TACKS ON THE FLOOR, PULL DOWN HIS PANTS AND EXPOSE HIMSELF, AND THREATEN SEVERAL RESIDENTS. DEFENDANT DID PUSH A 78 YR OLD RESIDENT AND BREAK SEVERAL GARDEN POTS. DEFENDANT HAS THREATENED RESIDENTS AND HAS STATED HE WAS GOING TO "GET THEM ALL." ON THE ABOVE DATE AND TIME OFFICERS

RESPONDING TO INVESTIGATE NUMEROUS COMPLAINANTS REGARDING THE DEFENDANT THE DEFENDANT DID ANSWER THE DOOR NAKED WITH A FORK IN HIS HAND. DEFENDANT DID REFUSE TO OBEY OFFICERS ORDERS TO PUT PANTS ON DEFENDANT DID BECOME IRATE AND BEGIN MAKING STABBING MOTIONS WITH THE FORK TOWARDS OFFICERS.

145.00-1
CRIMINAL MISCHIEF IN THE FOURTH DEGREE
IN THAT THE DEFENDANT, WHILE AT 7 MARINE DRIVE 7B HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT HE HAD SUCH RIGHT, DID INTENTIONALLY DAMAGE THE PROPERTY OF BMHA, IN THAT THE DEFENDANT DID ON 2 SEPARATE OCCASIONS BREAK THE GARDEN POTS AND LAWN CHAIRS OF THE BMHA PROPERTY LOCATED AT 7 MARINE DRIVE. APPROXIMATE VALUE TO BE DETERMINED AT A LATER DATE. DAMAGE NOT EXCEEDING $250.00.

MMY

Please take notice, pursuant to CPL 710.30, of the People's intent to offer at trial, evidence of defendant's statements to a public servant as referenced above.

Relationship: NONE

NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.

| Officer's\Complainant's Signature | Rank/Assignment | Date |
|---|---|---|
| [signature] | PO/ HOUSING | 09/02/14 |

Supporting Deposition(s) Attached?   Yes [X]   No [ ]

# City Court of Buffalo – Department of Police
## Central Booking Bureau

MISDEMEANOR/VIOLATION INFORMATION

State of New York, County of Erie, City Court of Buffalo

**THE PEOPLE OF THE STATE OF NEW YORK**

| | DEFENDANT(S) | DOB | CASE NO. |
|---|---|---|---|
| VS | JAIME O DIAZ | ▨/69 | 14-05951-98 |
| VS | ___ | ___ | ___ |
| VS | ___ | ___ | ___ |
| VS | ___ | ___ | ___ |

I, <u>PO WILLIAM MACY</u> accuse the above named defendant(s) in this action, that on or about <u>09/02/14 @ 1735HRS</u> in the City of Buffalo, did intentionally, knowingly and unlawfully commit the misdemeanor/violation of <u>OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE 2ND DEGREE</u> Contrary to the provision of <u>195.05</u> of the [X] Penal Law [_] Vehicle and Traffic Law [_] _____ Law of the State of New York [_] Ordinances of the City of Buffalo.

The facts upon which this accusation is based are [X] of my own knowledge [ ] on information and belief.

195.05 OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE 2ND DEGREE
IN THAT THE DEFENDANT, WHILE AT 7 MARINE DRIVE 7B, DID INTENTIONALLY OBSTRUCT, IMPAIR, PREVENT THE ADMINISTRATION OF LAW, PREVENT THE ADMINISTRATION, OF A GOVERNMENTAL FUNCTION, ATTEMPTED TO PREVENT A PUBLIC SERVANT FROM PEFORMING AN OFFICAL FUNCTION BY MEANS OF INTIMIDATION, PHYSICAL FORCE, INTERFERENCE, AN UNLAWFUL ACT IN THAT THE DEFENDANT DID ON THE ABOVE DATE, TIME AND LOCATION WHILE OFFICERS WERE INVESTIGATING SEVERAL COMPLAINANTS FROM RESIDENTS OF THE MARINE DRIVE APARTMENTS REGARDUNG SEVERAL DIFFERENT INCIDENTS INVOLVING THE DEFENDANT, THE DEFENDANT DID ANSWER THE DOOR NAKED WITH A FORK IN HIS HAND. DEFENDANT DID REFUSE TO OBEY OFFICERS ORDERS TO PUT PANTS ON DEFENDANT DID BECOME IRATE SWEARING AT OFFICERS STATING "YOU MOTHER FUCKERS ARE IN MY HOUSE." AND MAKING STABBING MOTIONS WITH THE FORK TOWARDS OFFICERS. DEFENDANT AGAIN REFUSED TO OBEY OFFICERS ORDERS TO DROP THE FORK FROM HIS HANDS. OFFICERS DID HAVE TO HIT THE FORK FROM THE DEFENDANTS HAND. THE DEFENDANT BECAME COMBATIVE, STRUGGLED WITH OFFICERS AND HAD TO BE FORCIBLY SUBDUED AND PLACED INTO CUSTODY.

205.30 RESISTING ARREST
IN THAT THE DEFENDANT, WHILE AT 7 MARINE DRIVE 7B DID INTENTIONALLY PREVENT PO WILLAIM MACY, A POLICE OFFICER FROM EFFECTING THE AUTHORIZED ARREST OF HIMSELF, IN THAT THE DEFENDANT DID ON THE ABOVE DATE, TIME AND LOCATION WHILE OFFICERS WERE INVESTIGATING SEVERAL COMPLAINANTS FROM RESIDENTS OF THE MARINE DRIVE APARTMENTS REGARDUNG SEVERAL DIFFERENT INCIDENTS INVOLVING THE DEFENDANT, THE DEFENDANT DID ANSWER THE DOOR NAKED WITH A FORK IN HIS HAND. DEFENDANT DID REFUSE TO OBEY OFFICERS ORDERS TO PUT PANTS ON DEFENDANT DID BECOME IRATE SWEARING AT OFFICERS STATING "YOU MOTHER FUCKERS ARE IN MY HOUSE." AND MAKING STABBING MOTIONS WITH THE FORK TOWARDS OFFICERS. DEFENDANT AGAIN REFUSED TO OBEY OFFICERS ORDERS TO DROP THE FORK FROM HIS HANDS. OFFICERS DID HAVE TO HIT THE FORK FROM THE DEFENDANTS HAND. THE

DEFENDANT BECAME COMBATIVE, STRUGGLED WITH OFFICERS AND HAD TO BE FORCIBLY SUBDUED AND PLACED INTO CUSTODY.

120.14-1 MENACING 2ND DEGREE
IN THAT DEFENDANT, DID INTENTIONALLY PLACE PO ANNIEL VIDAL, LT RUSSO, PO WILLIAM MACY, PO WILLIAM ROBINSON, IN FEAR OF IMMINENT SERIOUS PHYSICAL INJURY BY MEANS OF A DANGEROUS INSTRUMENT OR DEADLY WEAPON, TO WIT: A FORK. IN THAT THE DEFENDANT DID ON THE ABOVE DATE TIME AND LOCATION WHILE OFFICERS WERE INVESTIGATING SEVERAL COMPLAINANTS FROM RESIDENTS OF THE MARINE DRIVE APARTMENTS REGARDUNG SEVERAL DIFFERENT INCIDENTS INVOLVING THE DEFENDANT, THE DEFENDANT DID ANSWER THE DOOR NAKED WITH A FORK IN HIS HAND. DEFENDANT DID REFUSE TO OBEY OFFICERS ORDERS TO PUT PANTS ON DEFENDANT DID BECOME IRATE SWEARING AT OFFICERS AND MAKING STABBING MOTIONS WITH THE FORK TOWARDS OFFICERS. DEFENDANT AGAIN REFUSED TO OBERT OFFICERS ORDERS TO DROP THE FORK FROM HIS HANDS. OFFICERS DID HAVE TO HIT THE FORK FROM THE DEFENDANTS HAND.

MMY

Please take notice, pursuant to CPL 710.30, of the People's intent to offer at trial, evidence of defendant's statements to a public servant as referenced above.

Relationship: NONE

NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.

_____    _____    _____
Officer's\Complainant's Signature         PO/HOUSING                  09/02/14
                                          Rank/Assignment             Date
Supporting Deposition(s) Attached?    Yes [X]    No [ ]

SUPPORTING DEPOSITION
Buffalo Police Department
Buffalo, New York
(Type below headings)
*(Strike out non-applicable words/phrases)

STATE OF NEW YORK
COUNTY OF ERIE   SS:
CITY OF BUFFALO

CD _____

Arrest No. _____

(DEFENDANT'S NAME)   Date _____ 19 ___

In the matter of _____, charged with the offense of _____
(NAME OF OFFENSE)
Section _____ in violation of Chapter _____

☐ Vehicle & Traffic Law of New York State
Subdivision _____
☐ Penal Law of New York State
Section _____
☐ Ordinances of the City of Buffalo

(DEPONENT'S NAME)   (DEPONENT'S ADDRESS NO.   STREET   CITY/STATE)

Christine Kiesling

deposes and says that at about 1730 AM/PM on 2ND day of Sept 2014, 19 ___, in the City of Buffalo
*(STRIKE OUT NON-APPLICABLE WORDS/PHRASES)
*A) OF MY OWN KNOWLEDGE.  *B. UPON INFORMATION AND BELIEF _____

On Saturday 8/30/14 I was confronted by the person from 7B. He was acting funny and I watched what he was doing. He turned to me and asked if I had a problem. I just looked at him and he said "your eyes speak to me with love" and stepped towards me and I said "no" and left quietly. He came down hours later & ripped all the papers off the bulletin board & said many times "I'm going to get them all." Later the evening he pinned up on the board a condom & a sign "bitch" which I think was left for me. I know recently he has been getting bolder and making contact c other women and I didn't want that attention. His progression in his and his gestures & antics. We are all afraid of him. He sets out to scare us and he does.

JURAT

Sworn to before me this _____ day of _____
19 ___

_____
(Signature)
(Notary Public or Commissioner of Deeds,
Date Commission expires _____ )

NOTICE: Any false Statement(s) made herein are punishable as a CLASS "A" Misdemeanor, pursuant to Section 210.45 of the Penal Law of the State of New York.

Subscribed and Verified under Penalty of Perjury

_____
(Signature of Deponent)

Date 9 2                                 19 14

PREPARE IN TRIPLICATE  Dist: Orig. atchd to Accusatory Instrument to City Court, Duplicate to Command making
INSTRUCTIONS ON BACK

Buffalo Police Department
Buffalo, New York

STATE OF NEW YORK
COUNTY OF ERIE  SS:
CITY OF BUFFALO

Arrest No. _____

(Type below headings)
*(Strike out non-applicable words / phrases)

Date __7 Sept 14__ 19____

(DEFENDANT'S NAME)

In the matter of __Jamie Diaz__, charged with the offense of _____
(NAME OF OFFENSE)

_____ in violation of Chapter _____ Section _____

Subdivision __145.00-1  240.26-1,3__

☐ Vehicle & Traffic Law of New York State
☒ Penal Law of New York State
☐ Ordinances of the City of Buffalo

Section _____

(DEPONENT'S NAME)            (DEPONENT'S ADDRESS NO.   STREET   CITY/STATE)

__VERA MASI DRONICKOWSKI__

deposes and says that at about __2:30__ AM/PM on __204__ day of __August__ 19____ in the City of Buffalo.
*(STRIKE OUT NON-APPLICABLE WORDS/PHRASES)
*A. OF MY OWN KNOWLEDGE.  *B. UPON INFORMATION AND BELIEF _____

This past weekend 8/29 the tenant at Admiral Apt 7B destroyed Marine Pt office plus private property, made remarks "I'll get them all" put Tump Tack's on floor for people to step on.

Before 8/29 I am one of the gardening people and going in to the building he open the door and brushed hard against my shoulder making me very unstable since I have a disability standing on my feet due to age (78) Back + knee problems. I am also very afraid of him the way he lurks around lobby, Hallways, Talking to himself + me in a for langue to me I cant understand.

JURAT

Sworn to before me this ____ day of ____

19____

__[signature]__
(Signature)
(Notary Public or Commissioner of Deeds,
Date Commission expires _____ )

NOTICE: Any false Statement(s) made herein are punishable as a CLASS "A" Misdemeanor, pursuant to Section 210.45 of the Penal Law of the State of New York.

Subscribed and Verified under Penalty of Perjury

__Vera Masi Dronckowski__
(Signature of Deponent)

Date __9/2/14__ 19____

PREPARE IN TRIPLICATE  Dist: Orig. atchd to Accusatory Instrument to City Court, Duplicate to Command making
INSTRUCTIONS ON BACK

City Court of Buffalo – Department of Police
Central Booking Bureau

14-245-0756

Supporting Deposition

State of New York, County of Erie, City Court of Buffalo

In the matter of the defendant(s)/respondent(s) named below:

Defendant/Respondent(s)
Jaime A Diaz Oneil

DOB: [redacted]-69

AFN: 14-05951-98

On 5/30/14 ~ 6/15/14 at approximately _____ I,

AT Approximately 1715 hrs a tan car coming out of the parking lot across Admiral 7 marine Dr, Apt. He drove around a school bus. And drove up on the grass and pulled right across to the flowers. And he got out lifted his car trunk and turned around and pulled down his pants then he pulled them up and drove around Flowers in between the bus and took off

Please take notice, pursuant to CPL 710.30, of the People's intent to offer at trial, evidence of defendant's statements to a public servant as referenced above.

My relationship to the person is _____
I will attend court to testify in regard to this matter.
NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.

_Scott Taylor_ (signature)
Deponents Signature

Date: 9/2/14

Page 1 of 1

P-63 (9/82)

**SUPPORTING DEPOSITION**
Buffalo Police Department
Buffalo, New York
(Type below headings)
*(Strike out non-applicable words/phrases)

CD 14-245-0756
Arrest No. 14-05951.98

STATE OF NEW YORK
COUNTY OF ERIE          SS:
CITY OF BUFFALO

Date September 2, 2014

In the matter of **Jaime Diaz Oneil** (DEFENDANT'S NAME), charged with the offense of _____ (NAME OF OFFENSE)

Section _____ in violation of Chapter _____

Subdivision _____

Section _____

☐ Vehicle & Traffic Law of New York State
☒ Penal Law of New York State
☐ Ordinances of the City of Buffalo

(DEPONENT'S NAME) **Mary Ellen McCann**  (DEPONENT'S ADDRESS NO. STREET CITY/STATE) **7 Marine Drive #11H Bflo, NY**

deposes and says that at about **5:30 PM** on **31** day of **August** 2014 in the City of Buffalo

*(STRIKE OUT NON-APPLICABLE WORDS/PHRASES)
*A. OF MY OWN KNOWLEDGE.   *B. UPON INFORMATION AND BELIEF _____

Makes Lewd Comments, deliberatly shouldered me into wall. Never know when he will appear. Scare Totally & had Black & Blue on shoulder.

---

**JURAT**

Sworn to before me this **2ND** day of **Sept** 20**14**

PO _____ (Signature)
(Notary Public or Commissioner of Deeds,
Date Commission expires _____)

NOTICE: Any false Statement(s) made herein are punishable as a CLASS "A" Misdemeanor, pursuant to Section 210.45 of the Penal Law of the State of New York.

Subscribed and Verified under Penalty of Perjury

Mary Ellen McCann (Signature of Deponent)

Date _____ 19 _____

PREPARE IN TRIPLICATE  Dist- Orig- atchd to Accusatory Instrument