Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JAIME A. DIAZ ONEILL

v.

NEW YORK STATE, et al.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-1336

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Court accepts and adopts Judge Foschio's recommendation; that Macy's motion for summary judgment is Granted; that the claims against Officer Ross and Officers XYZ are Dismissed; that the Complaint is Dismissed; and that the Court certifies that any appeal would not be taken in good faith and, therefore leave to appeal to the Court of Appeals as a poor person is denied.

Date: March 3, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
    Deputy Clerk